# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| HUFF, MARILYN L. | USDC, SOUTHERN DIST. OF CALIF. | 05/14/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| SENIOR DISTRICT JUDGE | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

333 W. BROADWAY SUITE 1510
SAN DIEGO, CA 92101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust # 1 Note: Trust assets generally listed by (T) in Part VII |
| 2. | President | Federal Judges Association |
| 3. | American Inns of Court Louis Welsh Chapter | Executive Committee |
| 4. | ABTL--San Diego Chapter | Board Member |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 05/14/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 1/18-12/18 | Legal Training Consultant |
| 2. | 1/18-12/18 | DLA Lawyer Compensation |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Practising Law Institute | 1/25-01/26/18 | San Francisco | Speaker/Seminar | Travel, Food |
| 2. | University of Southern California Law Institute | 3/19-03/20/19 | Santa Monica | Speaker/Seminar | Travel, Lodging, Food |
| 3. | Federal Judges Association | 5/05//18-5/06/18 | Washington, D.C. | Board Meeting | Travel, Lodging, Food |
| 4. | Federal Judges Association | 5/06/18-5/08/18 | Washington, D.C. | Speaker/Quadrennial Conference | Travel, Lodging, Food |
| 5. | Federal Magistrate Judges Association | 7/30/18-7/31/18 | Denver, CO | Board Meeting | Travel, Food, Lodging |
| 6. | Federal Judges Association | 10/13/18-10/18/18 | Marrakech, Morocco | IAJ Conference | Travel, Food, Lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 05/14/2019 |

7. ABA IP Institute     10/04/18     Newport Beach, CA     Speaker/Seminar     Food

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 05/14/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Energy Transfer Partners (T) | A | Dividend | J | T | | | | | |
| 2. Suncoke Energy (T) | | None | J | T | | | | | |
| 3. Sunoco Logistic Partners (T) | | None | | | Merged (with line 1) | 04/28/17 | J | | |
| 4. Wells Fargo Accounts-SDCA (T) and I | B | Interest | P1 | T | | | | | |
| 5. 401k & Profit Sharing /IRA (R49)) | | | | | | | | | |
| 6. Sched of Assets & Transactions | | | | | | | | | |
| 7. Cash | A | Interest | L | T | Buy | 05/11/18 | J | | |
| 8. Vanguard Total Intl Stock In/Adm | D | Dividend | M | T | | | | | |
| 9. Vanguard Bond Ind Adm | E | Interest | O | T | | | | | |
| 10. Vanguard ST Bond Index Adm | E | Interest | O | T | Buy (add'l) | 01/23/18 | L | | |
| 11. Vanguard ST Bond Index Adm | E | Interest | | | Sold (part) | 01/23/18 | M | | |
| 12. Vanguard S&P 500 Ind Adm | D | Dividend | O | T | | | | | |
| 13. Vanguard Value Index Adm | C | Dividend | M | T | | | | | |
| 14. Vanguard Growth Index Adm | C | Dividend | M | T | | | | | |
| 15. Vanguard Sm. Cap Stock Value Adm | C | Dividend | M | T | | | | | |
| 16. Vanguard REIT Index Adm | C | Dividend | L | T | Buy | 01/10/18 | L | | |
| 17. Dodge & Cox Intl. | A | Dividend | K | T | Sold (part) | 02/02/18 | L | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Fidelity/Spartan Ext. Market | A | Dividend | | | Sold | 05/11/18 | K | A | |
| 19. Bank of Oklahoma Trust Services Cash | A | Interest | | | Closed | 02/16/18 | J | | |
| 20. Vanguard Intl. Growth Port. Adm | A | Dividend | K | T | | | | | |
| 21. Vanguard Intl. Growth Port. Adm | B | Distribution | K | T | | | | | |
| 22. Pimco Foreign Hedged | B | Interest | | | Sold (part) | 02/02/18 | K | A | |
| 23. Pimco Foreign Hedged | B | Interest | | | Sold | 05/11/18 | M | D | |
| 24. Vanguard Windsor II Adm | B | Dividend | K | T | Sold (part) | 01/23/18 | L | D | |
| 25. Vanguard Sm.Value Ind. Adm | C | Dividend | M | T | | | | | |
| 26. I Shares MSCI EFTEm Mkts | B | Dividend | K | T | | | | | |
| 27. I Shares S&P 600 Sm. Cap Growth Index | A | Dividend | L | T | | | | | |
| 28. Vanguard Large Cap ETF | C | Dividend | M | T | Sold (part) | 01/10/18 | L | E | |
| 29. Vanguard Infl. Prot. | C | Interest | M | T | | | | | |
| 30. Vanguard ST Infl Prot Adm | C | Interest | M | T | | | | | |
| 31. Pimco Low Duration | B | Interest | L | T | | | | | |
| 32. I Shares Micro Cap EFT | A | Dividend | L | T | | | | | |
| 33. Wisdom Tree Int'l. ETF | A | Dividend | | | Sold | 01/24/18 | K | D | |
| 34. CH Cash Management (AP) | A | Interest | | | Distributed (part) | 01/16/18 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. CH Cash Management (AP) | A | Interest | | | Distributed | 02/02/18 | M | A | |
| 36. CH Cash Management (AP) | A | Interest | | | Closed | 02/16/18 | J | | |
| 37. Vanguard Emerging Mlts ETF | D | Interest | M | T | | | | | |
| 38. Vanguard ST Inv. Gr. Adm | E | Interest | O | T | Buy (add'l) | 01/23/18 | L | | |
| 39. Vanguard Dev. Mkts Adm | B | Dividend | | | Sold (part) | 01/23/18 | L | D | |
| 40. Vanguard Dev Mkts Adm | B | Dividend | | | Sold | 08/06/18 | L | D | |
| 41. Vanguard Emerg. Mkts. Adm | C | Dividend | M | T | | | | | |
| 42. DFA Large Cap Intl. | D | Dividend | N | T | Buy | 08/03/18 | N | | |
| 43. DFA Large Cap Intl. | D | Dividend | | | Buy (add'l) | 08/06/18 | M | | |
| 44. DFA Large Cap Intl. | D | Dividend | | | Buy (add'l) | 11/01/18 | M | | |
| 45. DFA US Large Comp 1 | A | Dividend | K | T | Buy (add'l) | 05/10/18 | K | | |
| 46. DFA US Small Cap 1 | A | Dividend | K | T | Buy | 05/10/18 | K | | |
| 47. DFA Two-Year Global 1 | B | Dividend | L | T | Buy | 05/10/18 | L | | |
| 48. Vanguard Int'l. Value Inv | C | Dividend | M | T | | | | | |
| 49. Vanguard Sm FtSE Ex US ETF | B | Dividend | L | T | | | | | |
| 50. END OF ASSETS IN FKA 401(k) IRA R49 | | | | | | | | | |
| 51. Equity (Sterling) Trust Co. IRA mm acct. Phair RE (First Reg. Bank) | A | Interest | | | Closed | 03/05/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Roth Contr.IRA-6 Schedule of Assets and Transactions | | | J | T | Buy | 04/03/18 | K | | |
| 53. Vanguard 500 Index Adm | A | Dividend | K | T | Spinoff (from line 12) | 04/03/18 | K | | |
| 54. Vanguard Sm Cap Value Adm | A | Dividend | J | T | Spinoff (from line 15) | 04/03/18 | J | | |
| 55. Vanguard Total Intl. Adm | A | Dividend | K | T | Spinoff (from line 8) | 04/03/18 | K | | |
| 56. Vanguard Total Intl Adm | A | Dividend | K | T | Buy (add'l) | 05/11/18 | J | | |
| 57. Vanguard REIT Ind. Adm | A | Dividend | J | T | Spinoff (from line 16) | 04/03/18 | J | | |
| 58. End of Roth IRA | | | | | | | | | |
| 59. IRA Am. Gen. (Western National) | B | Interest | K | T | | | | | |
| 60. Charles Schwab MH IRA See below | | | | | | | | | |
| 61. SCHEDULE OF ASSETS & TRANSACTIONS | | | | | | | | | |
| 62. Marathon Petroleum | A | Dividend | K | T | | | | | |
| 63. Eli Lilly | A | Dividend | K | T | | | | | |
| 64. Alcoa Inc. | | None | | | Sold | 05/14/18 | J | | |
| 65. Arconic Inc. | A | Dividend | | | Sold | 05/14/18 | J | | |
| 66. Vanguard Emerg. Govt ETF | B | Interest | K | T | | | | | |
| 67. Marathon (USX) Oil | A | Dividend | J | T | | | | | |
| 68. DFA 5 Yr. Global | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. DFA 5 Yr Global | C | Distribution | L | T | | | | | |
| 70. DFA U.S. Micro Cap | A | Dividend | M | T | | | | | |
| 71. DFA Int. Val. 1 | B | Dividend | L | T | Buy (add'l) | 05/11/18 | J | | |
| 72. DFA Int. Val. 1 | B | Distribution | L | T | Buy (add'l) | 08/03/18 | J | | |
| 73. DFA Int. Lg. Cap. Port. | A | Dividend | K | T | Sold (part) | 01/16/18 | K | E | |
| 74. DFA Lg. Cap. Val. US | A | Dividend | K | T | | | | | |
| 75. DFA Int. Sm. Cap. Val. | A | Dividend | K | T | | | | | |
| 76. DFA Int. Sm. Cap. Val. | B | Distribution | K | T | | | | | |
| 77. DFA Int. Small Cap | A | Dividend | K | T | | | | | |
| 78. DFA Int. Small Cap | B | Distribution | K | T | | | | | |
| 79. Vanguard Int. Growth Ad | A | Dividend | K | T | | | | | |
| 80. Vanguard Int. Growth Ad | B | Distribution | K | T | | | | | |
| 81. Vanguard Growth Index Adm | B | Dividend | L | T | | | | | |
| 82. Schwab Cash- H | A | Interest | K | T | | | | | |
| 83. Home Depot | A | Dividend | K | T | | | | | |
| 84. Vanguard ST Infl. Prot | A | Interest | K | T | | | | | |
| 85. Vanguard Infl. | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Vanguard Short Term Bd Adm | C | Interest | M | T | | | | | |
| 87. DFA Emerging Mkt. Core Eq | A | Dividend | K | T | | | | | |
| 88. Vanguard Ex. Mkt. Adm | A | Dividend | K | T | | | | | |
| 89. Vanguard ST Invest Adm | B | Interest | L | T | | | | | |
| 90. Vanguard Bond Mkt. Ind. Adm | C | Interest | M | T | | | | | |
| 91. Vanguard Bond Mkt. Ind. Adm | A | Distribution | M | T | | | | | |
| 92. DFA US Sm. Cap. Value | A | Dividend | K | T | | | | | |
| 93. DFA US Sm. Cap. Value | B | Distribution | K | T | | | | | |
| 94. DFA US Large Comp. | B | Dividend | M | T | | | | | |
| 95. DFA US Large Comp. | A | Distribution | M | T | | | | | |
| 96. DFA US Small Cap. | A | Dividend | K | T | | | | | |
| 97. DFA US Small Cap. | B | Distribution | K | T | | | | | |
| 98. DFA Real Estate | B | Dividend | K | T | | | | | |
| 99. DFA Intl. REIT | C | Dividend | L | T | Buy (add'l) | 01/17/18 | L | | |
| 100. Pimco Low Duration | A | Interest | K | T | | | | | |
| 101. DFA Two Yr. Global | D | Interest | M | T | | | | | |
| 102. Stone Ridge Reinsurance | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. END OF ASSETS IN IRA-MH | | | | | | | | | |
| 104. Schwab Cal Muni Mut Fund | B | Interest | M | T | | | | | |
| 105. GCWF (A-E)Invest. Partners I | | None | J | T | | | | | |
| 106. GCWF (F-N)Invest Partners II | | None | K | T | | | | | |
| 107. DLA Piper Venture 2006 | | None | J | T | | | | | |
| 108. Onco Fluor, Inc. (Fluro Probe) (T) | | None | J | W | | | | | |
| 109. Schwab BFT Assets (T) Listed Below | | | | | | | | | |
| 110. Cash (X) (T) | A | Interest | M | T | | | | | |
| 111. Vanguard CA Inst Adm (T) | C | Interest | M | T | | | | | |
| 112. Altria (T) | B | Dividend | K | T | | | | | |
| 113. Kraft/Heinz (T) | A | Dividend | | | Sold | 11/20/18 | J | B | |
| 114. Mondelez Int. (T) | A | Dividend | J | T | | | | | |
| 115. Extreme Networks (T) | | None | | | Sold | 11/27/18 | J | B | |
| 116. Avanos Med FKA Halyard Health (T) | | None | J | T | Buy (add'l) | 04/25/18 | J | | |
| 117. SPDR Dow Jones (DIA) Ind (T) | D | Dividend | N | T | | | | | |
| 118. SPDR Dow Jones (DIA) Ind (T) | A | Distribution | N | T | | | | | |
| 119. DFA US Micro Cap Port (T) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. DFA US Small Cap P. (T) | A | Dividend | K | T | Buy | 05/18/18 | K | | |
| 121. DFA US Small Cap P. (T) | A | Distribution | | | Buy (add'l) | 05/30/18 | J | | |
| 122. DFA Real Estate (T) | C | Dividend | L | T | | | | | |
| 123. DFA Large Company 1 (T) | A | Distribution | K | T | Buy | 05/17/18 | K | | |
| 124. DFA Large Company 1 (T) | A | Distribution | | | Buy (add'l) | 05/30/18 | K | | |
| 125. Mid Amer Apt. Cmntys (T) | B | Dividend | K | T | | | | | |
| 126. DFA Intl. REIT (T) | B | Interest | K | T | | | | | |
| 127. Vanguard Ind. ex US RE ETF (T) | B | Dividend | K | T | | | | | |
| 128. Starbucks (T) | B | Dividend | L | T | | | | | |
| 129. Cisco Systems (T) | A | Dividend | K | T | | | | | |
| 130. Next Gen Healthcare FKA Quality Systems, Inc. (T) | | None | J | T | | | | | |
| 131. Occidental Pet.(T) | B | Dividend | K | T | | | | | |
| 132. Claymore Guggenhein Strat. (T) | D | Int./Div. | L | T | Buy (add'l) | 01/02/18 | J | | |
| 133. Claymore Guggenhein Strat. (T) | D | Int./Div. | | | Buy (add'l) | 02/01/18 | J | | |
| 134. Claymore Guggenhein Strat. (T) | D | Int./Div. | | | Buy (add'l) | 03/01/18 | J | | |
| 135. Claymore Guggenhein Strat. (T) | D | Int./Div. | | | Buy (add'l) | 04/02/18 | J | | |
| 136. Claymore Guggenhein Strat. (T) | D | Int./Div. | | | Buy (add'l) | 05/01/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Claymore Guggenhein Strat. (T) | D | Int./Div. | | | Buy (add'l) | 06/01/18 | J | | |
| 138. Claymore Guggenhein Strat. (T) | D | Int./Div. | | | Buy (add'l) | 06/14/18 | K | | |
| 139. Claymore Guggenhein Strat. (T) | D | Int./Div. | | | Buy (add'l) | 07/02/18 | J | | |
| 140. Claymore Guggenhein Strat. (T) | D | Int./Div. | | | Buy (add'l) | 08/01/18 | J | | |
| 141. Claymore Guggenhein Strat. (T) | D | Int./Div. | | | Buy (add'l) | 09/04/18 | J | | |
| 142. Claymore Guggenhein Strat. (T) | D | Int./Div. | | | Buy (add'l) | 10/01/18 | J | | |
| 143. Claymore Guggenhein Strat. (T) | D | Int./Div. | | | Buy (add'l) | 11/01/18 | J | | |
| 144. Claymore Guggenhein Strat. (T) | D | Int./Div. | | | Buy (add'l) | 11/20/18 | K | | |
| 145. Claymore Guggenhein Strat. (T) | D | Int./Div. | | | Buy (add'l) | 12/03/18 | J | | |
| 146. Guggenhm Spinoff ETF (T) | A | Dividend | K | T | | | | | |
| 147. Pro Sh. S&P 500 ETF (T) | A | Dividend | K | T | | | | | |
| 148. Vanguard Intl. Growth FD Adm (T) | B | Dividend | L | T | | | | | |
| 149. Powershares S&P 400 Div. Arist (T) | A | Dividend | K | T | | | | | |
| 150. ISH Index/Core SP 500 ETF (T) | B | Dividend | M | T | | | | | |
| 151. ISH Index FD TR Msci/EAFE (T) | A | Dividend | J | T | | | | | |
| 152. ISH S&P Mid Cap 400 (T) | B | Dividend | M | T | Buy (add'l) | 11/28/18 | K | | |
| 153. ISH S&P Sm Cap 600 ETF (T) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. ISH Trust/ Core High Div ETF (T) | B | Dividend | L | T | | | | | |
| 155. ISH HY YLD Corp ETF F/K/A ISH Trust (T) | A | Interest | J | T | | | | | |
| 156. Allianz Div. Fund (T) | A | Dividend | | | Sold | 11/27/18 | K | A | |
| 157. RSB IRA/Schwab Rollover Morgan Stanley (ASSETS BELOW) | | | | | | | | | |
| 158. Cash (X) | A | Interest | J | T | Distributed (part) | 08/17/18 | J | | |
| 159. Vanguard ST Infl. Prot. | A | Dividend | J | T | | | | | |
| 160. Vanguard Total Bond Mkt. | A | Interest | K | T | | | | | |
| 161. DFA 2 yr. Glb. Fix Inc. | A | Interest | K | T | Sold (part) | 08/17/18 | J | | |
| 162. DFA Intl. Real Estate 1 | A | Dividend | J | T | Buy | 05/10/18 | J | | |
| 163. Vanguard ST Bond Ind.Adm | A | Interest | J | T | | | | | |
| 164. END OF ASSETS IN RSB IRA | | | | | | | | | |
| 165. Vanguard Div. App. ETF | A | Dividend | K | T | | | | | |
| 166. Power Shares High Yld. Eq. ETF (T) | | None | | | Sold | 11/20/18 | J | B | |
| 167. Power Shares QQQ Trl ETF (T) | C | Dividend | N | T | Buy | 02/09/18 | J | | |
| 168. Power Shares QQQ Trl ETF (T) | C | Dividend | | | Buy (add'l) | 04/10/18 | K | | |
| 169. Kimberly Clark (T) | B | Dividend | K | T | | | | | |
| 170. Vanguard Windsor II Adm (T) | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Vanguard Windsor II Adm (T) | B | Distribution | K | T | | | | | |
| 172. Vanguard Windsor II Inv. (T) | A | Dividend | | | Sold | 11/27/18 | J | | |
| 173. USE Credit Union SDCA Accts | A | Interest | J | T | | | | | |
| 174. Vanguard CA MM(T) | D | Interest | O | T | | | | | |
| 175. Cal Private Bancorp FKA Coronado First Bank SD Private Bank (T) | | None | M | T | | | | | |
| 176. Vanguard Life Strategy (T) | B | Dividend | L | T | | | | | |
| 177. Schwab US Lg Cap Value ETF | A | Dividend | J | T | Buy | 04/23/18 | J | | |
| 178. Schwab US Div Eq ETF (T) | A | Dividend | K | T | | | | | |
| 179. Schwab US Lg Growth ETF | A | Dividend | J | T | Buy | 04/23/18 | J | | |
| 180. Illumina (T) | | None | N | T | | | | | |
| 181. Becton Dickinson (T) | A | Dividend | J | T | | | | | |
| 182. SPDR S&P 500 ETF (T) | D | Dividend | N | T | Buy (add'l) | 04/09/18 | K | | |
| 183. SPDR S&P 500 ETF (T) | D | Dividend | | | Buy (add'l) | 11/28/18 | K | | |
| 184. SPDR S&P 500 ETF (T) | D | Dividend | | | Buy (add'l) | 12/28/18 | K | | |
| 185. SPDR S & P Div ETF | D | Dividend | N | T | Buy (add'l) | 04/23/18 | K | | |
| 186. SPDR S & P Div ETF | D | Dividend | | | Buy (add'l) | 11/28/18 | K | | |
| 187. SPDR Em Mkts Div ETF (T) | A | Dividend | | | Sold | 11/20/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Philip Morris (T) | C | Dividend | L | T | | | | | |
| 189. Raytheon (T) | B | Dividend | L | T | | | | | |
| 190. Chase Accts./JP Morgan (T) | A | Interest | N | T | | | | | |
| 191. CitiBank Accts (T) | A | Interest | N | T | | | | | |
| 192. US Bank (T) (SD Nat'l Bank ) (T) | A | Interest | N | T | | | | | |
| 193. Union Bank Acct (T) | | None | J | T | | | | | |
| 194. Clorox (T) | C | Dividend | M | T | | | | | |
| 195. Andersons (T) | B | Dividend | L | T | | | | | |
| 196. Pepsico (T) | B | Dividend | K | T | | | | | |
| 197. Coca Cola (T) | B | Dividend | L | T | | | | | |
| 198. Cal. B & T Acct (T) | A | Interest | N | T | | | | | |
| 199. Stoneridge LM LLC (T) | D | Distribution | M | T | | | | | |
| 200. Enclave Lake Murray (T) | F | Distribution | | | Sold | 08/02/18 | M | E | |
| 201. Overton (T) | B | Distribution | M | T | | | | | |
| 202. Artesia Escondido(T) | D | Distribution | M | T | | | | | |
| 203. Whitson/Warwick Hillcrest(T) | | None | M | T | | | | | |
| 204. Sterling Apts (T) | D | Distribution | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. MMB Investments (T) | | None | K | T | | | | | |
| 206. American Express (T) | A | Dividend | K | T | | | | | |
| 207. Wal Mart (T) | B | Dividend | L | T | | | | | |
| 208. Vanguard FTSE Dev Mkts ETF (T) | B | Dividend | L | T | | | | | |
| 209. SPDR Emg Mkt Eq EFT (T) | A | Dividend | | | Sold | 11/20/18 | K | | |
| 210. Cal. Resources Corp. (T) | | None | | | Sold | 04/03/18 | J | | |
| 211. PV Opportunity Fund III (T) | C | Distribution | L | T | | | | | |
| 212. PV Opportunity Fund IV (T) | D | Distribution | M | T | | | | | |
| 213. PV Opportunity Fund V (T) | | None | M | T | Buy (add'l) | 09/26/18 | K | | |
| 214. American Properties/Vista Point (T) | D | Distribution | L | T | | | | | |
| 215. Barcelona 326 Juniper (T) | D | Distribution | | | Sold | 03/30/18 | M | G | |
| 216. Schwab Gurtin List of Assets Below (T) | | | | | | | | | |
| 217. Schwab CA Muni MM (T) | B | Interest | M | T | | | | | |
| 218. CA St. GO 39 (T) | C | Interest | K | T | | | | | |
| 219. CA St GO 38 (T) | C | Interest | L | T | Sold (part) | 11/13/18 | K | | |
| 220. SF CA CY/CN 27 (T) | C | Interest | | | Sold | 06/01/18 | M | | |
| 221. Modesto CA IRR 37 U (T) | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Chicago IL PK Dist 30 (T) | B | Interest | L | T | | | | | |
| 223. Chicago IL PK Dist 28 (T) | B | Interest | L | T | | | | | |
| 224. Chicago IL PK Dist 29 (T) | B | Interest | K | T | | | | | |
| 225. Chicago IL PK 16 1-1-26 (T) | B | Interest | L | T | | | | | |
| 226. Fresno CA 41 SCH (T) | | None | L | T | | | | | |
| 227. NY St Twy Rev 1-1-28 (T) | C | Interest | | | Sold | 03/14/18 | M | A | |
| 228. Sacramento CA Rev 12-1-36 (T) | C | Interest | | | Sold | 07/25/18 | L | | |
| 229. San Jose CA RDA Tx Rev 18 (T) | A | Interest | | | Sold | 01/08/18 | K | | |
| 230. San Marino CA Rev 35 (T) | D | Interest | M | T | | | | | |
| 231. Soledad CA GO 35 (T) | C | Interest | | | Sold | 12/19/18 | K | | |
| 232. WA St Health Care Rev 31 (T) | C | Interest | | | Sold | 03/14/18 | M | | |
| 233. LA CA Rev 40 (T) | D | Interest | | | Buy (add'l) | 04/19/18 | K | | |
| 234. LA CA Rev 40 (T) | D | Interest | | | Sold | 10/22/18 | M | | |
| 235. CA State GO 8-1-27 (T) | D | Interest | | | Sold | 10/18/18 | M | | |
| 236. Swestern Cmty C GO 8-1-30 (T) | | None | L | T | | | | | |
| 237. Dublin CA GO Sch 8-1-44 (T) | | None | L | T | Buy | 02/20/18 | L | | |
| 238. Miami-Dade FL Rev 7-1-42 5% | B | Interest | M | T | Buy | 03/14/18 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Grossmont CA GO Sch 8-1-43 5% | D | Interest | M | T | Buy | 03/16/18 | M | | |
| 240. LA CA Rev 5-15-40 5% | D | Interest | | | Buy | 04/19/18 | K | | |
| 241. LA CA Rev 5-15-40 5% | D | Interest | | | Sold | 10/22/18 | K | | |
| 242. San Jose CA Rev 6-1-37 5% | B | Interest | K | T | Buy | 05/18/18 | K | | |
| 243. LA CA Rev Arpts 5-15-40 5% | C | Interest | L | T | Buy | 05/17/18 | L | | |
| 244. Dallas/FW TX Rev 11-1-42 5% | B | Interest | K | T | Buy | 06/18/18 | K | | |
| 245. Dallas/FW TX Rev 11-1-42 5% | B | Interest | | | Buy (add'l) | 07/09/18 | K | | |
| 246. Dallas/FW TX Rev 11-1-38 5% | B | Interest | K | T | Buy | 06/20/18 | K | | |
| 247. SF CA Rev 5-1-41 5% | B | Interest | M | T | Buy | 09/21/18 | M | | |
| 248. SF CA Rev 8-1-41 5% | B | Interest | M | T | Buy | 11/19/18 | M | | |
| 249. Golden State Tobc CA Rev 6-1-40 5% | C | Interest | M | T | Buy | 10/02/18 | L | | |
| 250. Golden State Tobc CA Rev 6-1-40 5% | C | Interest | | | Buy (add'l) | 10/19/18 | L | | |
| 251. SD CA Rev 7-1-42 5% | B | Interest | K | T | Buy | 10/15/18 | K | | |
| 252. LA CA Rev 5-15-41 5% | D | Interest | M | T | Buy | 10/22/18 | M | | |
| 253. Hespiria CA Rev 6-1-45 5% | C | Interest | M | T | Buy | 11/13/18 | M | | |
| 254. Sacramento CA Rev 12-1-44 5% | C | Interest | M | T | Buy | 12/14/18 | M | | |
| 255. Penn St Rev 12-1-43 5% | C | Interest | M | T | Buy | 12/17/18 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. END OF GURTIN | | | | | | | | | |
| 257. Schwab Hi Yld | A | Interest | J | T | | | | | |
| 258. RO IRA/Schwab Rollover Assets Below R45 | | | | | | | | | |
| 259. Schwab Bank MM Cash | A | Interest | K | T | Distributed (part) | 01/23/18 | J | | |
| 260. Schwab Bank MM Cash | A | Interest | | | Distributed (part) | 01/31/18 | J | | |
| 261. Schwab Bank MM Cash | A | Interest | | | Distributed (part) | 03/16/18 | J | | |
| 262. Schwab Bank MM Cash | A | Interest | | | Distributed (part) | 04/17/18 | J | | |
| 263. Schwab Bank MM Cash | A | Interest | | | Distributed (part) | 11/19/18 | J | | |
| 264. SPDR S & P Global Div ETF | A | Dividend | J | T | Buy | 02/07/18 | J | | |
| 265. DFA Real Estate | B | Interest | K | T | | | | | |
| 266. SPDR 500 ETF | A | Dividend | J | T | Sold (part) | 05/14/18 | J | B | |
| 267. SPDR DJIA ETF | B | Dividend | L | T | Sold (part) | 01/26/18 | J | C | |
| 268. SPDR S&P Div ETF | A | Dividend | J | T | Buy | 02/09/18 | J | | |
| 269. DFA US Large Co. Port 1 | A | Dividend | K | T | | | | | |
| 270. DFA Large Cap Infl. | A | Distribution | K | T | Buy | 05/11/18 | K | | |
| 271. DFA US Sm Cap Port. | A | Dividend | K | T | | | | | |
| 272. DFA US Sm Cap Port. | B | Distribution | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. Vanguard ST Bond Index Fund Adm | B | Interest | L | T | | | | | |
| 274. Vanguard ST Inv. Gr. Fund | B | Interest | L | T | | | | | |
| 275. Vanguard Total Intl. Stock Ind. | B | Dividend | K | T | | | | | |
| 276. Vanguard Total Intl. Stock Ind. | B | Distribution | K | T | | | | | |
| 277. DFA US Sm Cap Val Port Inst. | A | Dividend | K | T | | | | | |
| 278. End of RO IRA Assets | | | | | | | | | |
| 279. SEP IRA Schedule of Assets and Transactions | | | | | | | | | |
| 280. Cash | A | Interest | J | T | Buy | 04/24/18 | L | | |
| 281. DFA 5 Year Global | B | Dividend | J | T | Buy | 05/10/18 | K | | |
| 282. DFA US Large Comp 1 | A | Dividend | J | T | Buy | 05/10/18 | J | | |
| 283. DFA Large Cap Intl. | A | Dividend | K | T | Buy | 05/10/18 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 05/14/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 3. This was a spinoff from Suncocke Energy and then merged into Energy Transfer Partners 4/28/17. The 2017 report listed the spinoff. This lists the merger.
Lines 5-50, . These assets were rolled over from the 401 K into an IRA.
Line 51. These assets were rolled over into anexisting  IRA.See assets beginning line 258.
Lines 52-56.. These assets were rolled over into an IRA from the 401 k.

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 05/14/2019 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ MARILYN L. HUFF**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544